

"Del Miller" &lt;delmiller@q.com&gt;  
12/09/2008 04:01 PM

To &lt;Donna_Jackson@wawd.uscourts.gov&gt;  
cc  
bcc  
Subject RE: Brar v Thrifty Payless - New Case Filing

I assume someone will call for the money.  206-903-8082
Thanks for your perseverance.

Del Miller
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154-1000
Direct Line: 206-903-8082
Email: dmiller@rohdelaw.com
Fax: 206-405-2825
-------------------------------------------
This email was sent by a law firm and may contain privileged or
confidential information.  If you are not the intended recipient, please
delete the message and any attachments and notify the sender immediately.


-----Original Message-----
From: Donna_Jackson@wawd.uscourts.gov
[mailto:Donna_Jackson@wawd.uscourts.gov]
Sent: Tuesday, December 09, 2008 3:48 PM
To: Del Miller
Subject: Re: Brar v Thrifty Payless - New Case Filing

Your case number is:  C08-1777RSM.   Filing fee is $350.   Thx!

~Donna Jackson
(206) 370-8431



"Del Miller"
&lt;delmiller@q.com&gt;

To

12/09/2008 12:55   "Dist Ct - WD WA US"
PM                 &lt;newcases.seattle@wawd.uscourts.gov&gt;

cc

Subject

Brar v Thrifty Payless - New Case

Filing

Attached is a Notice of Removal of a case from King County Superior Court to Federal Court.
Also attached is a Civil Cover Sheet.

Please call me at 206-903-8082 for my credit card number for paying the filing fee.

Thank you.

Del Miller
Rohde & Van Kampen PLLC
1001 Fourth Avenue, Suite 4050
Seattle, WA 98154-1000
Direct Line: 206-903-8082
Email: dmiller@rohdelaw.com
Fax: 206-405-2825
-------------------------------------------
This email was sent by a law firm and may contain privileged or confidential information.  If you are not the intended recipient, please delete the message and any attachments and notify the sender immediately.


 (See attached file: Removal with complaint attached.pdf)(See attached file: Civil Cover Sheet.pdf)