
FILED ___ ENTERED
LODGED ___ RECEIVED

MAY 12 2009  LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
           BY _____ DEPUTY

# UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| SURINDERJIT SINGH BRAR AND BALVIR KUAR, HUSBAND AND WIFE<br>Plaintiff / Petitioner | Cause #: C08-1777 RSM |
| vs.<br>THRIFTY PAYLESS, INC., A CALIFORNIA CORPORATION; ET AL DEFENDANTS<br>V. | Declaration of Service of:<br>SUMMONS ON AMENDED ANSWER AND COUNTERCLAIM JOINING ADDITIONAL COUNTERCLAIM DEFENDANTS; AMENDED ANSWER AND COUNTERCLAIM JOINING ADDITIONAL COUNTERCLAIM DEFENDANTS; COPY OF ORIGINAL COMPLAINT FOR BREACH OF CONTRACT AND CONVERSION |
| AMARJEET SINGH AND JASWINDER BRAR, AS INDIVIDUALS AND A MARITAL COMMUNITY ADDITIONAL COUNTERCLAIM DEFENDANTS.<br>Defendant / Respondent | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of May 1 2009 3:10PM at the address of 24415 104TH AVE SE KENT, within the County of KING, State of WASHINGTON, the declarant duly served the above described documents upon AMARJEET SINGH and JASWINDER BRAR by then and there personally delivering 2 true and correct copy(ies) thereof, by then presenting to and leaving the same with AMARJEET SINGH, A NAMED DEFENDANT, a person of suitable age and discretion residing at the defendant's/respondent's usual place of abode listed above.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: May 11, 2009 at Seattle, WA

by _____
T. Hermansen    0561574

Service Fee Total: $ 171.76



08-CV-01777-M

GINAL
)F SERVICE

e 1 of 1

RITE AID
Rohde & Van Kampen
1001 4th Ave, #4050
Seattle, WA  98154-1000
206 386-7353