UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SURINDERJIT SINGH BRAR and BALVIR KUAR BRAR, husband and wife,

Plaintiffs/Counterclaiim Defendants,

v.

THRIFTY PAYLESS, INC., a California corporation; and FIRST AMERICAN TITLE INSURANCE COMPANY, a California corporation,

Defendants/Counterclaim Plaintiffs,

v.

AMARJEET SINGH and JASWINDER BRAR, as individuals and a marital community,

Additional Counterclaim Defendants.

CASE NO. C08-1777RSM

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Defendant's motion for attorney's fees and costs on appeal (Dkt. # 73) is DENIED as moot. Defendant advised the Court in the motion that this motion is a duplicate of one filed in the Ninth

ORDER - 1

Circuit Court of Appeals. It appears that defendant has been afforded full relief by the appellate court. *See*, *Brar v. Thrifty Payless, Inc.,* Dkt. # 31, Nos. 10-35715, 10-35741 (9th Cir. February 2, 2012). Accordingly this Court need not take any action.

DATED this 17 day of April 2012.

                                                William M. McCool, Clerk

                                                By\_\_\_/s/ Rhonda Stiles_____
                                                         Deputy Clerk

ORDER - 2